☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

In re:   **Timothy Adam Thompson**            Case No.
         **Natasha Lynn Thompson**
Debtors:                                      Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**  (1) 45 Mockingbird Rd.          (2) 45 Mockingbird Rd.
              Medon, TN 38356                     Medon, TN 38356

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ **1,675.00 Bi-weekly via Direct Pay**

**Debtor(2)** shall pay $ _____  (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION**                      **OR** (☐) **DIRECT PAY**
From:

**1. THIS PLAN [Rule 3015.1 Notice]:**
  (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]        ☐ YES    ☑ NO
  (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION          ☑ YES    ☐ NO
      OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
  (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].      ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                Monthly Plan Payment:
Paid by: ☐ Debtor(s) directly  ☐ Wage Assignment, **OR** ☐ Trustee to:
**None**    ongoing payment begins _____                          $ _____
            Approximate arrearage: _____

**5. PRIORITY CLAIMS:**
**IRS**                                    Amount  **8,000.00**         $  **135.00**

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☑ Paid by Trustee to:
            ongoing payment begins _____
            Approximate arrearage: _____     Interest _____

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]     Value of Collateral:    Rate of Interest    Monthly Plan Payment:
**Select Portfolio Servicing- pay over LOP**  **$81,000.00**     5.25%               $1,540.00

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]        Value of Collateral:    Rate of Interest    Monthly Plan Payment:
**Capital One Auto Finance**             48,300.00               5.25%               $**917.00**
*Adequate Protection Payment: $230.00*
**Crescent Bank & Trust, Inc.**          4,600.00                5.25%               $**90.00**
*Adequate Protection Payment: $23.00*
**Flagship Credit Acceptance**           17,900.00               5.25%               $**340.00**
*Adequate Protection Payment: $85.00*

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

*-NONE-*                                                             Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| *-NONE-* |  |  | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

*None*                                                    ☐ Not provided for   **OR**   ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

*-NONE-*

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$3,478.00*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
☐ _____ %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

*None*                                                                     ☐ Assumes   **OR**   ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately *60* months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):   NONE**

   **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ C. Jerome Teel, Jr.*                                                            Date *December 17, 2020*                    .
**C. Jerome Teel, Jr. 016310**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**                    /al