**Dated: June 25, 2021**
**The following is SO ORDERED:**



_____
Jimmy L. Croom
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### Western District Of Tennessee
### Eastern Division

| | |
|---|---|
| In Re: | Case No. 20-11576 |
| Timothy Adam Thompson & Natasha Lynn Thompson | |
| Debtors | Chapter 13 |

**ORDER CONDITIONALLY DENYING TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

The matter came for a hearing on June 24, 2021, upon the Objection to Confirmation and Motion to Dismiss filed by the Trustee.

After notice and opportunity for hearing, the Trustee's Objection to Confirmation and Motion to Dismiss was denied conditioned upon the Chapter 13 Trustee increasing the debtor's plan payments as necessary to capture all disposable income.

/s/Timothy H. Ivy
Timothy H. Ivy (18053)
Chapter 13 Trustee
250 North Parkway, Ste. 1
Jackson, TN 38305-2735
(731) 664-1313

CC:   Chapter 13 Trustee (18053)
KCK

**Debtors:**
**Timothy Adam Thompson & Natasha Lynn Thompson**
**45 Mockingbird Rd.**
**Medon, TN 38356**

**Attorney for Debtors:**
**CARL JEROME TEEL, JR.**
**TEEL & MARONEY, PLC**
**425 EAST BALTIMORE**
**JACKSON, TN 38301**

#408