**Dated: July 21, 2021**
**The following is SO ORDERED:**



_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## Western District Of Tennessee
### Eastern Division

| | |
|---|---|
| In Re: | Chapter 13 |
| Timothy Adam Thompson & Natasha Lynn Thompson | |
| Debtors | Case No. 20-11576 |
| SSN XXX-XX-4730       SSN XXX-XX-6403 | |

### ORDER PROVIDING PERCENTAGE TO UNSECURED CREDITORS

In this cause it appearing to the Court that the Debtors' plan was confirmed with the provision that the percentage to be received by the unsecured creditors was to be determined by the Trustee upon the expiration of the bar date for filing of claims, and it also appearing to the Court that said date has passed,

THEREFORE, that the percentage to be received by the unsecured creditors in the Debtors' Chapter 13 Plan shall be 100.00%.

/s/Timothy H. Ivy
Timothy H. Ivy  (18053)
Chapter 13 Trustee

**CC:** **Chapter 13 Trustee**
KM-A

**Timothy Adam Thompson & Natasha Lynn Thompson**
**45 Mockingbird Rd.**
**Medon, TN 38356**

**CARL JEROME TEEL, JR.**
**TEEL & MARONEY, PLC**
**425 EAST BALTIMORE**
**JACKSON, TN 38301**

**All Creditors**